UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MOHAMMED M. RAHMAN and FARHANA A. POLI,
Individually as Husband and Wife,

                                                    Plaintiffs,

     -against-                                          Case No.: 1:21-cv-589
                                                                               FJS/DJS

THE CITY OF SCHENECTADY, NEW YORK,
THE SCHENECTADY POLICE DEPARTMENT,
and Schenectady Police Department (hereinafter, "SPD")
Sgt. Peter Montalto, SPD Det. Bret Ferris,
SPD Det. Ryan Kent, SPD Det. M. Farrand,
SPD Det. Hudson, SPD Det. Craig Comley,
SPD Sgt. Bradley Carlton, SPD Sgt. Thomas Harrigan,
SPD Lt. Paul Antonovich, SPD P.O.M. Thore,
SPD P.O. J. Haigh, SPD P.O. Lima,
SPD P.O. Zelezniak, SPD P.O. C. North,
SPD P.O. Brian Pommer, SPD P.O. Nicholas Ottati,

                                                  Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of records for Plaintiffs and Defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/7, _____, 2023

*[signature]*

Frederick M. Altman, Esq., Bar No. 101028
The Altman Law Firm
*Attorneys for Plaintiffs*
6 Walker Way
Albany, New York 12205
Tel:   518-690-2828
Fax:   518-690-2809
Email: fmaesq@yahoo.com

Dated: April, 7, 2023

*[signature]*

Hannah H. Hage, Esq., Bar No. 703208
April J. Laws, Esq., Bar No. 517148
Johnson and Laws, LLC.
*Attorney for Defendants*
646 Plank Rd, Ste. 205
Clifton, New York 12065
Attorneys for Defendant
518-490-6428
hhh@johnsonlawsllc.com
ajl@johnsonlawsllc.com

SO ORDERED:

*[signature]*

Frederick J. Scullin, Jr.
Senior United States District Judge

DATED:   April 11, 2023

**ATTACHMENT C**

**A PHOTOCOPY OF THIS DOCUMENT SHALL HAVE
THE SAME FORCE AND EFFECT AS THE ORIGINAL**